| | |
|---|---|
| Michael Siderius<br>SIDERIUS, LONERGAN & MARTIN, LLP<br>500 Union Street, Ste. 847<br>Seattle, WA  98101<br>(206) 624-2800 | Hon. Mary Jo Heston<br>Chapter 13<br>Noted: Thur. May 16, 2019<br>at 1:00 p.m.<br>Response date: May 9, 2019 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

JENIFER L. CAREY, and MARIO D. CAREY,

Debtors.

NO.  18-40496-MJH

NOTE FOR HEARING

TO: THE CLERK OF THE COURT
AND TO: Jenifer and Mario Carey, debtors
Ellen Ann Brown, attorney for debtors

PLEASE TAKE NOTE that the issue of law in this case will be heard on the date below and the Clerk of the Court is requested to note this issue on Judge Heston's calendar for that day.

<u>Hearing Date and Time</u>. Thursday, May 16, 2019, at 1:00 a.m.

<u>Location</u>. U.S. Bankruptcy Court, 1717 Pacific Avenue, Ste 2100, Tacoma, Washington.

<u>Nature of Motion</u>. Motion for relief from the automatic stay provisions of 11 USC § 362.

Your written response to this motion must be filed with the clerk and copies delivered to the undersigned at least five days prior to the date of hearing; if no response is timely filed and served within this time, the court may, in its discretion, grant the motion prior to the hearing, without further notice, and strike the hearing.

DATED this 11th day of April, 2019.

    /s/  Michael Siderius
Michael Siderius, of
SIDERIUS, LONERGAN & MARTIN, LLP
Attorneys for America's Credit Union
WSBA #25510

NOTE FOR HEARING - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, STE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805