<pre>
                                                    The Honorable Mary Jo Heston
                                                    Chapter 13
                                                    Hearing Date: July 16, 2019
                                                    Hearing Time: 1:00 PM
                                                    Hearing Place: Tacoma, WA
                                                    Response Date: July 9, 2019
</pre>

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>JENIFER LEE CAREY,<br><br>MARIO DARREN CAREY,<br><br>        Debtors. | CASE NO.: 18-40496-MJH<br><br>NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY (ADVANTIS CREDIT UNION) |

## **NOTICE**

PLEASE TAKE NOTICE that Advantis Credit Union's motion for relief from the automatic stay, seeking relief from the automatic stay with respect to Debtor Jenifer Carey and Debtor Mario Carey's 2016 Kia Optima, IS SET FOR HEARING as follows:

    JUDGE: Mary Jo Heston                  TIME: 1:00 PM

    PLACE: Union Station, Courtroom H      DATE: July 16, 2019
             1717 Pacific Avenue
             Tacoma, WA 98402

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned and those persons named in the certificate of service attached hereto, NOT LATER THAN the RESPONSE DATE, which is July 9, 2019.

NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY (ADVANTIS CREDIT UNION) - 1

MONSON LAW OFFICE P.C.
1865 NW 169th Place, Suite 208
Beaverton, OR 97006
Telephone: 503-828-1820
Facsimile: 503-828-1893

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

**FACTS**

1. This is a core proceeding over which this court has jurisdiction pursuant to 28 U.S.C. §§ 157(b)(2)(G) and 1334. The matter in controversy arises under 11 U.S.C. § 362(d), FRBP 4001, 9014, and LBR 4001-1 and 9013-1 and is related to this Chapter 13 case.

2. On February 16, 2018, Debtor Jenifer Lee and Debtor Mario Darren Carey (collectively, "Debtors") filed a voluntary petition pursuant to chapter 13 of the Bankruptcy Code.

3. Debtors entered into a Retail Installment Sale Contract dated April 16, 2016, with Car Pros Kia (the "Contract"). Car Pros Kia assigned the Contract to Advantis and Advantis is the owner and holder of the Contract. A true and authentic copy of the Contract is attached hereto as Exhibit 1.

4. The balance owing to Advantis as of February 16, 2018, is $28,323.73 (the "Indebtedness"). The Indebtedness does not include any attorney fees and costs to the extent allowed by law.

5. The Contract is secured by Debtors' 2016 Kia Optima, VIN 5XXGT4L1XGG043707 ("the Collateral"). Advantis perfected its interest in the Collateral as shown on the Washington Vehicle Certificate of Title, attached hereto as Exhibit 2. To Advantis's knowledge, there are no other liens or security interests in the Collateral.

6. The value of the Collateral is less than the Indebtedness. According to Debtors' filed bankruptcy schedules, the Collateral value is $20,180.00.

NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY (ADVANTIS CREDIT UNION) - 2

MONSON LAW OFFICE P.C.
1865 NW 169th Place, Suite 208
Beaverton, OR 97006
Telephone: 503-828-1820
Facsimile: 503-828-1893

7. Advantis's secured claim is being treated in the confirmed bankruptcy plan in Section C.3.a as 910 Collateral, with monthly payments of $538.27 paid at 5.50 percent interest.

8. On May 31, 2019, The Chapter 13 Trustee filed a motion to dismiss the case [Doc 27] for failure to make plan payments. According to the dismissal motion and supporting documents, the plan payment delinquency was $18,131.34. Debtors are now $20,046.72 in delinquent plan payments.

## **MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

9. Advantis respectfully moves the Court for relief from the automatic stay of 11 U.S.C § 362 as to the Collateral.

10. Pursuant to 11 U.S.C. §362(d) Advantis should be granted relief from stay for cause including: 1) Lack of adequate protection because of failure to make sufficient adequate protection payments and lack of a sufficient equity cushion; 2) No equity in the Collateral and the Collateral is not necessary for an effective reorganization; and 3) Failure to make chapter 13 plan payments.

11. A copy of the proposed order is attached hereto as Exhibit 3.

WHEREFORE, Advantis respectfully moves the Court for an order terminating the automatic stay with respect to the Collateral.

MONSON LAW OFFICE P.C.

By: /s/ Scott J. Mitchell
    Scott J. Mitchell, WSB No. 48619
    Attorneys for Advantis Credit Union

Email: scott@monsonlawoffice.com

clients/385/660/carey.mfr

NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY (ADVANTIS CREDIT UNION) - 3

MONSON LAW OFFICE P.C.
1865 NW 169th Place, Suite 208
Beaverton, OR 97006
Telephone: 503-828-1820
Facsimile: 503-828-1893

RETAIL INSTALLMENT SALE CONTRACT
SIMPLE FINANCE CHARGE

Dealer Number _____    Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JENIFER CAREY<br>308 BALMER ST SW<br>ORTING, WA 98360 | MARIO CAREY<br>308 BALMER ST SW<br>ORTING, WA 98360 | CAR PROS KIA<br>7230 S TACOMA WAY<br>TACOMA, WA 98409 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below, as explained in section 1 on page 3. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2016 | KIA OPTIMA | 41 | 5XXGT4L1XGG043707 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ N/A is |
|---|---|---|---|---|
| 5.99 % | $ 8473.14 | $ 35132.62 | $ 43605.76 | $ 43605.76 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 88 | 495.52 | Monthly beginning 05/31/2016 |
| N/A | N/A | N/A |

Or As Follows: N/A

Late Charge. If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __5__ or __5__ % of the part of the payment that is late, whichever is greater.
Prepayment. If you pay off all your debt early, you will not have to pay a penalty.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract or more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**WARRANTIES SELLER DISCLAIMS**
The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It does not apply at all if you bought the vehicle primarily for personal, family, or household use.
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La Información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __88__ Mos.    GLOBAL TRUST
                    Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _____

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Buyer Signs X _____  Co-Buyer Signs X _____

EXHIBIT 1
PAGE 1 OF 4

42827 CAR-FI 04/21/2016 12:11 pm
LAW 553-WA-eps 7/15 v1  Page 1 of 4
ORIGINAL

| ITEMIZATION OF AMOUNT FINANCED | | |
|---|---|---|
| 1 Cash Sale Price | | |
| Vehicle Cash Price | | $ 27965.00 |
| Other N/A | | $ N/A |
| Other N/A | | $ N/A |
| Other N/A | | $ N/A |
| Other N/A | | $ N/A |
| Sales Tax | | $ 817.62 |
| Documentary Service Fee (THE DOCUMENTARY SERVICE FEE IS A NEGOTIABLE FEE. Documentary service fees are not required by the state of Washington.) | | $ 150.00 |
| Total Cash Sale Price | | $ 28932.62 (1) |
| 2 Total Downpayment = | | |
| Trade-In 2015 KIA SORENTO (Year) (Make) (Model) | | |
| Gross Trade-In Allowance | | $ 19621.89 |
| Less Payoff Made By Seller | | $ 26121.89 |
| Equals Net Trade In | | $ -6500.00 |
| + Cash | | $ N/A |
| + Other REBATES | | $ 1000.00 |
| (If total downpayment is negative, enter "0" and see 4H below) | | $ 0.00 (2) |
| 3 Unpaid Balance of Cash Price (1 minus 2) | | $ 39932.62 (3) |
| 4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts): | | |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies. | | |
| Life | $ N/A | |
| Disability | $ N/A | $ N/A |
| B Other Optional Insurance Paid to Insurance Company or Companies | | $ N/A |
| Total Insurance Paid to Insurance Companies | $ N/A | $ N/A |
| C Optional Gap Contract GLOBAL TRUST | | $ 500.00 |
| D Official Fees Paid to Government Agencies | | |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| E Government Taxes Not Included In Cash Price | | $ N/A |
| F Government License and/or Registration Fees N/A | | $ N/A |
| G Government Certificate of Title Fees | | $ 200.00 |
| Total Official Fees Paid to Government Agencies | $ 200.00 | |
| H Other Charges (Seller must identify who is paid and describe purpose) | | |
| to COLUMBIA CREDIT for Prior Credit or Lease Balance | | $ 5500.00 |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ 6200.00 (4) |
| 5 Amount Financed (3 plus 4) | | $ 35132.62 (5) |

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ___N/A___
Year __N/A__ . SELLER'S INITIALS __N/A__

EXHIBIT 1
PAGE 2 OF 4

Buyer Signs X _____ Co-Buyer Signs X _____

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose subject to our approval of your choice as the law allows. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ ___N/A___
Credit Disability $ ___N/A___
Insurance Company Name
___N/A___
Home Office Address
___N/A___

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ ___N/A___  ___N/A___
 Type of Insurance  Term
Premium $ ___N/A___
Insurance Company Name
___N/A___
Home Office Address
___N/A___

☐ ___N/A___  ___N/A___
 Type of Insurance  Term
Premium $ ___N/A___
Insurance Company Name
___N/A___
Home Office Address
___N/A___

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above. We will apply for this insurance on your behalf.

X ___N/A___  ___N/A___
Buyer Signature  Date

X ___N/A___  ___N/A___
Co-Buyer Signature  Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE FOR BODILY INJURY LIABILITY, PUBLIC LIABILITY, OR PROPERTY DAMAGE LIABILITY.**

Returned Check Charge: You agree to pay a charge of up to $20 if any check you give us is dishonored or any electronic payment is returned unpaid. If a check is not paid within 15 days, you will pay a charge of the lesser of $40 or the face amount of the check if we make written demand that you do so.

42827 CAR-FI 04/21/2016 12:11 pm
LAW 553-WA-eps 7/15 v1   Page 2 of 4
ORIGINAL

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **Right to Refinance a Balloon Payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If this contract contains a balloon payment and you do not pay it, you have the right to obtain a new payment schedule. Unless you agree otherwise, the periodic payments under the new payment schedule will not be substantially greater than the earlier scheduled payments. This provision does not apply if you did not purchase this vehicle for personal, family, or household use. It also does not apply if we adjusted your payment schedule to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
   You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. WARNING: UNLESS YOU PROVIDE US WITH EVIDENCE OF THE PHYSICAL DAMAGE INSURANCE COVERAGE AS REQUIRED BY THIS CONTRACT, WE MAY (BUT ARE NOT REQUIRED) PURCHASE INSURANCE AT YOUR EXPENSE TO PROTECT OUR INTEREST. THIS INSURANCE MAY, BUT NEED NOT, ALSO PROTECT YOUR INTEREST. IF THE COLLATERAL BECOMES DAMAGED, THE COVERAGE WE PURCHASE MAY NOT PAY ANY CLAIM YOU MAKE OR ANY CLAIM MADE AGAINST YOU. YOU MAY LATER CANCEL THIS COVERAGE BY PROVIDING EVIDENCE THAT YOU HAVE OBTAINED PROPER COVERAGE ELSEWHERE. YOU ARE RESPONSIBLE FOR THE COST OF ANY INSURANCE PURCHASED BY US. THE COST OF THIS INSURANCE MAY BE ADDED TO YOUR AMOUNT FINANCED. IF THE COST IS ADDED TO THE AMOUNT FINANCED, THE ANNUAL PERCENTAGE RATE ON THIS CONTRACT WILL APPLY TO THIS ADDED AMOUNT. THE EFFECTIVE DATE OF COVERAGE MAY BE THE DATE YOUR PRIOR COVERAGE LAPSED OR ANOTHER DATE AFTER THAT DATE OF LAPSE. THE COVERAGE WE PURCHASE MAY BE CONSIDERABLY MORE EXPENSIVE THAN INSURANCE YOU CAN OBTAIN ON YOUR OWN AND MAY NOT SATISFY WASHINGTON'S MANDATORY LIABILITY INSURANCE LAWS. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
   - You do not pay any payment on time;
   - You give false, incomplete, or misleading information on a credit application;
   - You start a proceeding in bankruptcy or one is started against you or your property; or
   - You break any agreements in this contract.

   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

Buyer Signs X _____  Co-Buyer Signs X _____

EXHIBIT 1
PAGE 3 OF 4

42827 CAR-FI 04/21/2016 12:11 pm
LAW 553-WA-eps 7/15 v1   Page 3 of 4
ORIGINAL

c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and court costs as the law allows. You will also pay any collection costs we incur as the law allows.
d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**APPLICABLE LAW**
Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
See the rest of this contract for other important agreements.

**NOTICE TO BUYER:** (a) Do not sign this contract before you read it or if any spaces intended for the agreed terms, except as to unavailable information, are blank. (b) You are entitled to a copy of this contract at the time you sign it. (c) You may at any time pay off the full unpaid balance due under this contract, and in so doing you may receive a partial rebate of the finance charge. (d) The finance charge does not exceed ___5.99___% (must be filled in) per annum computed monthly.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 04/16/2016 Co-Buyer Signs X _____ Date 04/16/2016
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____N/A_____ Address _____N/A_____
Seller signs _____ Date 04/16/2016 By X _____ Title _____
Seller assigns its interest in this contract to ~~KIA MOTOR FINANCE~~ Advantis C.U. (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse   ☒ Assigned without recourse   ☐ Assigned with limited recourse

Seller CAR PROS KIA     By _____     Title F&I MANAGER

LAW FORM NO. 553-WA-eps

EXHIBIT 1
PAGE 4 OF 4

42827 CAR-FI 04/21/2016 12:11 pm
LAW 553-WA-eps 7/15 v1   Page 4 of 4
ORIGINAL

## STATE OF WASHINGTON
# Vehicle Certificate of Title

**Title Number**
**1612046920**

| License Number | Vehicle Identification Number (VIN) | Year | Make | Model | Style | Series/Body |
|---|---|---|---|---|---|---|
| AZN2664 | 5XXGT4L1XGG043707 | 2016 | KIA | | SD | OPTIMA |

| Date of Application | Odometer Miles | Odometer Status | Fuel Type |
|---|---|---|---|
| 04/29/2016 | 0000041 | A | G |

| Scale Weight | Gross Vehicle Weight Rating Code | Vehicle Color | Prior Title State | Prior Title Number |
|---|---|---|---|---|
| 03224 | | WHITE | | |

Comments
23990-2016

Brands

Sale price $ _____

Date of sale _____

**Legal Owner:** To release interest, sign below and give this title to the registered owner/transferee or to a vehicle licensing office with the proper fee within 10 days of satisfaction of the security interest, or you may be liable to the owner/transferee for penalties.
**Buyer:** You must apply for title within 15 calendar days of acquiring the vehicle to avoid a penalty. Take this signed title to a vehicle/vessel licensing office with the appropriate fees.

| Legal Owner | Registered Owner |
|---|---|
| ADVANTIS CU<br>PO BOX 14220<br>PORTLAND, OR 97293 | CAREY, JENIFER<br>CAREY, MARIO<br>308 BALMER ST SW<br>ORTING, WA 98360 |

X _____  Date ____
Signature of first legal owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

X _____  Date ____
Signature of second legal owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

X _____  Date ____
Signature of registered owner releases all interest in the vehicle described above. If signing for a business, include business name, signature and title.

X _____  Date ____
Signature of registered owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

I certify that the records of the Department of Licensing show the persons named hereon as registered owners and legal owners of the vehicle described

*Pat Kohler*
Director, Department of Licensing

---

**Assignment by registered owner**

Federal regulation and state law require you to state the mileage when transferring ownership if the vehicle is less than 10 years old, unless exempt. Failure to complete this statement or providing a false statement may result in fines and/or imprisonment.

*I certify, to the best of my knowledge, the odometer reading is:* ▶ _____ (no tenths)   Transfer date ___/___/___
Odometer reading in miles

*This reading is (check one):* ☐ the actual mileage of the vehicle  ☐ in excess of its mechanic limits  ☐ not the actual mileage.

| Signature of transferee/buyer | Signature of transferor/seller |
|---|---|
| X | X |
| PRINTED name of transferee/buyer | PRINTED name of transferor/seller |
| Address of transferee/buyer | Address of transferor/seller |

Keep in a safe place. Any alteration or erasure voids this title.

EXHIBIT 2
PAGE 1 OF 1

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| In re | Case No.: 18-40496-MJH |
|---|---|
| JENIFER LEE CAREY, | |
| MARIO DARREN CAREY, | [PROPOSED] ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY (ADVANTIS CREDIT UNION) |
| Debtors. | |

Scott J. Mitchell, attorney for Advantis Credit Union ("Advantis"), filed with the United States Bankruptcy Court for the Western District of Washington a Motion For Relief from the Automatic Stay Under 11 U.S.C. § 362(d). A hearing on the motion was heard or is scheduled to be heard on July 16, 2019, at 1:00 PM in Courtroom H of Union Station, 1717 Pacific Avenue, Tacoma, WA 98402.

///

///

EXHIBIT 3
PAGE 1 OF 2

[PROPOSED] ORDER GRANTING RELIEF
FROM THE AUTOMATIC STAY (ADVANTIS
CREDIT UNION) – PAGE 1

**MONSON LAW OFFICE P.C.**
**1865 NW 169th Place, Suite 208**
**Beaverton, OR 97006**
**Telephone: 503-828-1820**
**Facsimile: 503-828-1893**

1  The Court finds that Advantis is entitled to relief from the stay, and therefore, it is hereby

2  ORDERED:

3  1. The Automatic Stay pursuant to 11 U.S.C. § 362 is hereby terminated as to the
4  2016 Kia Optima, VIN 5XXGT4L1XGG043707.

///END OF ORDER///

SUBMITTED BY:

MONSON LAW OFFICE P.C.

_____
Scott J. Mitchell, WSB No. 48619
Attorneys for Advantis Credit Union

clients/385/660/carey.order.mfr

EXHIBIT 3
PAGE 2 OF 2

[PROPOSED] ORDER GRANTING RELIEF
FROM THE AUTOMATIC STAY (ADVANTIS
CREDIT UNION) – PAGE 2

**MONSON LAW OFFICE P.C.**
**1865 NW 169th Place, Suite 208**
**Beaverton, OR 97006**
**Telephone: 503-828-1820**
**Facsimile: 503-828-1893**

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, I served the foregoing NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY (Advantis Credit Union) on the following by mailing to each a copy thereof to the address(es) below, each contained in a sealed envelope, with first class postage prepaid, and deposited in the United States Post Office at Beaverton, Oregon:

    Jenifer Lee Carey
    Mario Darren Carey
    308 Balmer St SW
    Orting, WA 98360

THE FOLLOWING WERE ONLY SERVED BY ELECTRONIC FILING:

    Ellen Ann Brown, Debtors' Attorney

    Michael G. Malaier, Trustee

    US Trustee Seattle Office

MONSON LAW OFFICE P.C.

/s/ Scott J. Mitchell

Scott J. Mitchell, WSB No. 48619
Attorneys for Advantis Credit Union

CERTIFICATE OF SERVICE – 1