| | American Land Title Association | ALTA Settlement Statement - Combined - Estimated |
| | | Adopted 05-01-2015 |

## CW Title and Escrow

### 11201 SE 8th St, Suite 200 Bellevue, WA 98004
### Phone: (425) 896-3800

**File No./Escrow No.:** 40228977-803-BS4
**Print Date & Time:** 6/24/2019 - 5:57:36PM
**Officer/Escrow Officer:** Brandy Shell
**Settlement Location:** 11201 SE 8th St, Suite 200 , Bellevue, WA 98004
**Property Address:** 308 Balmer St SW, Orting, WA 98360, 7002460340
**Borrower:** Jay P Steiner
　　　　　　Kristin A Steiner
**Seller:** Mario Carey
　　　　　Jenifer Carey
**Lender:** Guaranteed Rate
**Settlement Date:** 8/30/2019
**Disbursement Date:** 8/30/2019

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | 393,000.00 | Sale Price of Property | 393,000.00 | |
| | | Loan Amount | | 395,700.00 |
| 11,790.00 | | Seller Credit | | 11,790.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 735.98 | County Taxes 07/01/19 to 08/30/19 | 735.98 | |
| | | | | |
| | | **Title Charges & Escrow/Settlement Charges** | | |
| 1,280.40 | | ALTA Homeowner's Policy 2-3-10 ($1,164.00 + $116.40 sales tax) ($393,000.00) to CW Title and Escrow | | |
| 1,061.50 | | Settlement Fee ($1,930.00 + $193.00 sales tax) to CW Title and Escrow | 1,061.50 | |
| 66.00 | | Wire/UPS/Courier ($120.00 + $12.00 sales tax) to CW Title and Escrow | 66.00 | |
| | | | | |
| | | **Commission** | | |
| 5,895.00 | | Real Estate Commission to ReMax Integrity | | |
| 9,825.00 | | Real Estate Commission to Better Homes & Garden Real Estate | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |

Copyright 2015 American Land Title Association.
All rights reserved.

| Seller | | Description | Borrower/Buyer | |
|---:|---:|---|---:|---:|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | Recording Fee For Mortgage to CW Title and Escrow | 150.00 | |
| | | Recording Fee For Deed to CW Title and Escrow | 120.00 | |
| 7,000.40 | | Excise Tax to Pierce County Treasurer | | |
| | | | | |
| | | **Payoffs** | | |
| 273,505.08 | | Lender: Caliber Home Loans | | |
| | |     Principal Balance ($249,877.00) | | |
| | |     Interest From 07/23/2019 To 08/30/2019 $1,008.14 ($26.53/day) | | |
| | |     Accured Interest $12,686.97 | | |
| | |     RECONVEYANCE FEE $139.00 | | |
| | |     Unpaid LATE Charges $440.64 | | |
| | |     Unpaid Fee Balance $3,626.67 | | |
| | |     Less Unapplied Funds -$1,915.83 | | |
| | |     ESCROW BALANCE $7,637.49 | | |
| | |     FAX FEE $5.00 | | |
| | | | | |
| | | **Miscellaneous** | | |
| 79,500.00 | | Bankruptcy to TRUSTEE | | |
| 1,000.00 | | Est. HOA lien to Est. Meadows at Orting | | |
| 1,500.00 | | EST. Lienable utilities to TBD | | |
| | | | | |
| **Seller** | | | **Borrower/Buyer** | |
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 392,423.38 | 393,735.98 | **Subtotals** | 395,133.48 | 407,490.00 |
| | | Refund Due Buyer | 12,356.52 | |
| 1,312.60 | | Proceeds Due Seller | | |
| 393,735.98 | 393,735.98 | **Totals** | 407,490.00 | 407,490.00 |

Copyright 2015 American Land Title Association.
All rights reserved.

File #40228977-803-BS4