## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re

JENIFER LEE CAREY
MARIO DARREN CAREY

_____

In Chapter 13 Proceeding
No. 18-40496-MJH

**ORDER GRANTING MOTION TO APPROVE SALE OF REAL PROPERTY APPOINT REALTOR AND PAYOFF CHAPTER 13 BANKRUPTCY**

It is ORDERED that the Debtor(s) Motion to Approve Sale of Real Property located at 308 Balmer St. SW, Orting, WA 98360 for the amount of $393,000.00, appoint Kathy Pryor as Realtor for the Debtors and allow the mortgage and HOA dues to be paid in full through escrow with the remainder of the funds to be paid directly to the Chapter 13 Trustee to payoff the

ORDER GRANTING MOTION TO
APPOINT REALTOR AND
APPROVE SALE AND DEBTOR(S) EXEMPTIONS

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958

Chapter 13 bankruptcy and for any remaining administrative allowed administrative fees.

///END OF ORDER///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtors

ORDER GRANTING MOTION TO
APPOINT REALTOR AND
APPROVE SALE AND DEBTOR(S) EXEMPTIONS

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958