# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re<br><br>**JENIFER LEE CAREY**<br>**MARIO DARREN CAREY**<br>_____ | **In Chapter 13 Proceeding**<br>**No. 18-40496-MJH**<br><br>**ORDER SHORTENING TIME: MOTION TO APPROVE SALE OF REAL PROPERTY APPOINT REALTOR AND**<br>**PAYOFF CHAPTER 13 BANKRUPTCY** |

It is ORDERED that the Debtor(s) Motion to Approve Sale of Real Property located at 308 Balmer St. SW, Orting, WA 98360 for the amount of $393,000.00, appoint Kathy Pryor as Realtor for the Debtors and allow the mortgage and HOA dues to be paid in full through escrow with the remainder of the funds to be paid directly to the Chapter 13 Trustee to payoff the

ORDER GRANTING MOTION TO
APPOINT REALTOR AND
APPROVE SALE AND DEBTOR(S) EXEMPTIONS

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958

1 Chapter 13 bankruptcy and for any remaining administrative allowed administrative fees may be

2 heard on shortened time on July 16, 2019 at 1:00 pm.

3 ///END OF ORDER///

4 Presented by:

7 /s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtors

ORDER GRANTING MOTION TO
APPOINT REALTOR AND
APPROVE SALE AND DEBTOR(S) EXEMPTIONS

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958