The Honorable Mary Jo Heston
Chapter 13
Hearing Date: July 16, 2019
Hearing Time: 1:00 pm
Response Date: July 9, 2019
Hearing Location: Tacoma, WA

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

JENIFER LEE CAREY
MARIO DARREN CAREY

Case No. 18-40496-MJH

DECLARATION OF DEBTORS RE:
MOTION TO APPROVE SALE,
APPOINT REALTOR AND
PAYOFF CHAPTER 13 BANKRUPTCY

**COMES NOW** Jenifer Lee Carey and Mario Darren Carey, the above referenced Debtor(s) and declares as follows:

1. We are the above referenced debtors and move this court for approval to sell the real property located at 308 Balmer St SW, Orting, WA 98360.

2. We have received an offer for the amount of $393,000.00 for our property which is an amount that is fair and reasonable.

3. After all fees, adjustments, and commissions, and administrative expenses we are anticipating that there will be sufficient funds to payoff the bankruptcy and any remaining administrative fees. We agree that all of the proceeds of the sale of the home after the mortgage, HOA, closing costs, and realtor fees, will go directly to the Chapter 13 bankruptcy to payoff the case.

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958

4. We also request that the Realtor Kathy Pryor be appointed as realtor in this matter.

Dated July 1, 2019

_____
JENIFER LEE CAREY
Debtor

_____
MARIO DARREN CAREY
Joint Debtor

MOTION        2

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958