UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:
JENIFER LEE CAREY
MARIO DARREN CAREY
              Debtor(s).

Case No. 18-40496-MJH

ORDER APPROVING ATTORNEY'S COMPENSATION

THIS MATTER came before the Court on the Attorney's Application for Compensation in a Chapter 13 Case filed by  Ellen Ann Brown  ("Applicant"). Based on the application,

It is hereby ORDERED that:

1. Applicant is awarded compensation of any remaining fees after all creditors have been paid in full after the sale of Debtors' real property in an amount up to the amount set forth in her Postconfirmation Timesheet of $5550.00 as an administrative expense under 11 U.S.C. § 503(b).

2. The compensation shall be paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).

3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to debtor(s) in care of the Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

/ / /End of Order/ / /

Presented by:

/s/ Ellen Ann Brown

Attorney for Debtor(s), WSBA #27992
744 Fawcett Ave
Tacoma, WA 98402