# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re<br><br>**JENIFER LEE CAREY**<br>**MARIO DARREN CAREY**<br><br>_____ | **In Chapter 13 Proceeding**<br>**No. 18-40496-MJH**<br><br>**ORDER SHORTENING TIME: APPLICATION FOR ATTORNEY COMPENSATION** |

It is ORDERED that the Application for Attorney Fees in this case may be heard on shortened time on July 16, 2019 at 1:00 pm.

///END OF ORDER///

Presented by:


/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtors


ORDER